WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@LambroseBrown.com
*Attorney for Defendant*
*Gustavo Arechiga*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTAVO ARECHIGA, RAFAEL MARTINEZ,<br><br>Defendants. | 2:19-cr-00129-JCM-DJA<br><br>**UNOPPOSED MOTION FOR ORDER DIRECTING DEPARTMENT OF PROBATION TO PREPARE A PLEA-PLEA PSR (CRIMINAL HISTORY ONLY)** |

Certification: This motion is timely filed.

Comes now the defendant, Gustavo Arechiga, by and through his counsel of record, William Brown, of BROWN MISHLER, PLLC, and hereby moves this court for an order requesting the department of probation to prepare a pre-plea PSR (criminal history only). This request is based on the Points and Authorities attached hereto.

Dated: October 16, 2019      By /s/ *William H. Brown*
                                                   WILLIAM H. BROWN
                                                   Attorney for Gustavo Arechiga

1

# MEMORANDUM OF
# POINTS AND AUTHORITIES

Counsel has discussed the case with his client, Gustavo Arechiga, and the different ways in which his criminal history may impact the sentence, if any, he may ultimately receive. Given the potential for Armed Career Criminal designation, counsel respectfully requests an order from this Court requesting the United States Probation Office (USPO) to prepare a "pre-plea[1] PSR," detailing Arechiga's prior convictions. Counsel does not seek preparation of a complete PSR, but rather what typically appears as "Part B" (Defendant's Criminal History).

Counsel has communicated with USPO Officer Wendy Beckner, met with Beckner in person to review the criminal history information currently in the USPO's possession, and discussed with Beckner the circumstances involved in this case necessitating the USPO's pre-plea involvement. The government does not oppose preparation of a pre-plea PSR.

Dated: October 16, 2019     By /s/ *William H. Brown*
WILLIAM H. BROWN
*Attorney for Gustavo Arechiga*

**IT IS SO ORDERED.**

Dated: October 22, 2019

_____
Daniel J. Albregts
United States Magistrate Judge

---

[1] This the customary nomenclature, and does not reflect Mr. Arechiga's current intent to enter a plea in this case.

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of BROWN MISHLER, PLLC, and is a person of such age and discretion as to be competent to serve papers.

That on October 16, 2019, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR ORDER DIRECTING DEPARTMENT OF PROBATION TO PREPARE A PLEA-PLEA PSR (CRIMINAL HISTORY ONLY)** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ William Brown*
Employee of BROWN MISHLER, PLLC