RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Rafael Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00129-JCM-DJA-2 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| RAFAEL MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Rafael Martinez, that the Revocation Hearing currently scheduled on January 21, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Counsel is unable to communicate with client due to long delays in securing appointment at jail.

2. Matter is close to resolving. Counsel needs to review with client.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 18th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Jim W. Fang<br>JIM W. FANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAFAEL MARTINEZ,<br><br>        Defendant. | Case No. 2:19-cr-00129-JCM-DJA-2<br><br>**ORDER** |

     Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on January 21, 2022 at the hour of 10:30 a.m., be vacated and continued to March 4, 2022 at the hour of 10:30 a.m..

     DATED  January 19, 2022.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE